HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRY R. MCCARTY, SHERYL L. MCCARTY,<br><br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION,<br><br>Defendant. | CASE NO. C11-5078RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court upon Plaintiffs' Notice of Voluntary Dismissal [Dkt. #14].  The record reflects that Plaintiffs jointly filed for Chapter 7 bankruptcy on February 24, 2011 [*See* Dkt. #13].  Accordingly, this case is stayed by operation of the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362.  Plaintiffs' attempt to voluntarily dismiss this case is therefore **DENIED.**

**IT IS SO ORDERED.**

ORDER- 1

1     The Clerk shall send uncertified copies of this order to all counsel of record, and to any

2 party appearing pro se.

3     Dated this 28th day of April, 2011.

4

5

6

7                               BENJAMIN H. SETTLE

8                               United States District Judge
                               for Ronald B. Leighton

9                               United States District Judge

ORDER- 2