Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JERRY R. McCARTY and SHERYL McCARTY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A. as Trustee for Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2,<br><br>Defendant. | NO. C11-05078 RBL<br><br>ORDER GRANTING U.S. BANK'S MOTION FOR SUMMARY JUDGMENT AND FOR FINAL JUDGMENT QUIETING TITLE AND CANCELING *LIS PENDENS* |

THIS MATTER having come before the Court on a Motion for Summary Judgment and for Final Judgment Quieting Title and Canceling *Lis Pendens* brought by defendant U.S. Bank, N.A. as Trustee for Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2 ("U.S. Bank"), and the Court having reviewed the materials submitted in support of and in opposition to the motion, the Court finds that no genuine dispute exists as to the following facts:

1. The subject of the above-captioned matter is a residence located at 16923 Brasher Lane Southeast in Rainier, Thurston County, Washington, described legally as:

> LOT 3 OF THURSTON COUNTY LARGE LOT SUBDIVISION NO. LLS990756TC AS RECORDED APRIL 10, 2001 UNDER AUDITOR'S FILE NOS. 3345559 AND 3345560, RECORDS OF THURSTON COUNTY, WASHINGTON

ORDER GRANTING U.S. BANK'S MOTION FOR SUMMARY JUDGMENT AND FOR FINAL JUDGMENT QUIETING TITLE AND CANCELING LIS PENDENS - 1
(C11-5078RBL)

3440497.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

(the "Property");

2. U.S. Bank holds title to the Property by a Trustee's Deed Upon Sale recorded on November 2, 2011 under Thurston County Auditor's File Number ("AFN") 4236097;

3. Plaintiffs caused to be recorded a document entitled "AFFIDAVIT AND MEMORANDUM OF INTEREST IN REAL PROPERTY" under AFN 4248324 (the "Affidavit");

4. Plaintiffs caused to be recorded a document entitled "Acknowledgement of Acceptance of Grant Deed" under AFN 4257254 (the "Acknowledgement");

5. Plaintiffs have offered no valid reason for recording the Affidavit and the Acknowledgement and it appears they were recorded for no other purpose but to cloud the title to the Property and to prevent or delay their eviction from the Property.

Therefore, the Court concludes that the Affidavit and the Acknowledgement are both invalid and unenforceable, and do not create any right, title, or interest in or to the Property. Plaintiffs do not possess any other valid, enforceable right, title, or interest in or to the Property. Now, therefore, it is hereby

ORDERED that U.S. Bank's Motion for Summary Judgment and for Final Judgment Quieting Title and Canceling *Lis Pendens* is GRANTED. It is further

ORDERED that U.S. Bank is entitled to the entry of a final judgment quieting title to the Property in U.S. Bank and canceling the *lis pendens* recorded by plaintiffs on January 27, 2011 under AFN 4195394.

ORDER GRANTING U.S. BANK'S MOTION FOR SUMMARY
JUDGMENT AND FOR FINAL JUDGMENT QUIETING TITLE
AND CANCELING LIS PENDENS - 2
(C11-5078RBL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3440497.1

| | |
|---|---|
| 1 | The Clerk of the Court is directed to forward copies of the Order to counsel of record |
| 2 | and to any party appearing *pro se*. |
| 3 | DATED this 12th day of June, 2012. |
| 4 | |
| 5 | |
| 6 | _____ |
| 7 | Ronald B. Leighton<br>United States District Judge |
| 8 | |
| 9 | |
| 10 | PRESENTED BY: |
| 11 | s/John A. Knox, WSBA #12707<br>Marshall Ferguson, WSBA #29528 |
| 12 | Attorneys for Plaintiff U.S. Bank, N.A. as Trustee<br>for Chevy Chase Funding LLC Mortgage Backed<br>Certificates Series 2006-2 |
| 13 | WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100 |
| 14 | Seattle, WA 98101-2380<br>Telephone: (206) 628-6600 |
| 15 | Fax: (206) 628-6611<br>Email: mferguson@williamskastner.com; |
| 16 | jknox@williamskastner.com |

ORDER GRANTING U.S. BANK'S MOTION FOR SUMMARY JUDGMENT AND FOR FINAL JUDGMENT QUIETING TITLE AND CANCELING LIS PENDENS - 3
(C11-5078RBL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3440497.1